**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6422**

FRANK E. REID,

        Plaintiff - Appellant,

        v.

CORIZON HEALTH SERVICES, Virginia Department of Corrections Contract Medical Provider; J. BLEDSOE, Red Onion State Prison Medical Administrator; DR. FOX, Red Onion State Prison Physician; STEVE HERRICK, Health Services Director for Virginia Department of Corrections; TREY FULLER, Assistant Health Services Director for Virginia Department of Corrections; JOSEPH W. WALTERS, Deputy Director for Administration; CHADWICK DOTSON, Director of Virginia Department of Corrections; RICK WHITE, Warden, Red Onion State Prison; A. DAVID ROBINSON, Chief of Operations for Virginia Department of Corrections; REBECCA BEVINS, Physical Therapist; B. WITT, RNCA; LARRY COLLINS, Unit Manager at Red Onion; SERGEANT B. TAYLOR, Correctional Officer; B. DOTSON, Correctional Officer; T. COX, Correctional Officer; T. NEECE, Correctional Officer; MAJOR KING, Chief of Security at Red Onion State Prison; K. RAMEY, Hearings Officer; J. ADAMS, Hearings Officer; MS. CARLISLE, ADA Coordinator for Virginia Department of Corrections; D. TURNER, Chief of Housing and Programs at Red Onion Prison; P. SYKES, AMA at Red Onion Prison; J. HECKFORD, Correctional Officer; SERGEANT ELDRIDGE, Correctional Officer,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Senior District Judge. (7:22-cv-00346-MFU-JCH)

Submitted: August 22, 2024                    Decided: August 27, 2024

2

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Reid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Frank E. Reid appeals the district court's order dismissing without prejudice his pro se civil complaint under Fed. R. Civ. P. 4(m) for failure to effectuate service of process. After reviewing the record, we conclude that the district court did not abuse its discretion in dismissing the complaint. *See Brooks v. Johnson*, 924 F.3d 104, 120 (4th Cir. 2019) (reviewing dismissal under Rule 4(m) for abuse of discretion). Accordingly, we affirm the district court's order. *Reid v. Corizon Health Servs.*, No. 7:22-cv-00346-MFU-JCH (W.D. Va. Mar. 5, 2024). We also deny Reid's motion for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*